**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-1501**

_____

MARTHA GRAY,

Plaintiff - Appellant,

versus

RICHMOND PUBLIC SCHOOLS,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge.  (CA-04-692-3)

_____

Submitted:  September 30, 2005      Decided:  November 4, 2005

_____

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Martha Gray, Appellant Pro Se.   Stephanie Ploszay Karn, MCGUIREWOODS, L.L.P., Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Martha Gray appeals the district court's order granting summary judgment in favor of the defendant in her Title VII action in which she alleged age discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Gray v. Richmond Pub. Sch., No. CA-04-692-3 (E.D. Va. Apr. 20, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED